ary 24, 1902.) Action by William H. Dowe and another against the Grand Cobre Company and others. L. S. Reed, for appellants. M. Evarts, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DU BOIS et al., Respondents, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) Action by Charles B. Du Bois and another against John J. Zimmerman. No opinion. Motion denied, with $10 costs.

In re DUFFY. (Supreme Court, Appellate Division, First Department. January 17, 1902.) In the matter of M. E. Duffy. No opinion. Proceeding dismissed.

DUFFY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Charles J. Duffy against the Third Avenue Railroad Company. C. F. Brown, for appellant. C. C. Alden, for respondent. No opinion. Judgment and order affirmed, with costs.

DUNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by John Dunn, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

DUSHAN, Appellant, v. ROCHESTER WHEEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Joseph Dushan against the Rochester Wheel Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered for the defendant on the nonsuit, with costs. All concur, except WILLIAMS, J., who dissents.

DYER, Dist. Atty., v. KNICKERBOCKER. (Supreme Court, Appellate Division, Third Department. January 14, 1902.) In the matter of the charges of Zeb A. Dyer, district attorney of Albany county, N. Y., against Edmund C. Knickerbocker, an attorney and counsellor at law of the supreme court of the state of New York. No opinion. Referred to Hon. Samuel Edwards.

DYETT, Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Action by Ellen F. Dyett against John S. White. L. O. Van Doren, for appellant. T. P. Wickes, for respondent. No opinion. Judgment affirmed, with costs.

DZINBIENSKI, Respondent, v. J. L. MOTT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Action by Petre Dzinbienski against the J. L. Mott Iron Works. C. C. Nadal, for appellant. E. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs. See 67 N. Y. Supp. 256.

E. BEMENT & SONS v. ROCKWELL. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by E. Bement & Sons against George W. Rockwell. No opinion. Motion for reargument granted.

EBERHARDT, Appellant, v. EBERHARDT, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Charles Eberhardt against Johanna Eberhardt. H. W. Leonard, for appellant. C. Steckler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EIGHME, Appellant, v. EIGHME et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Herbert V. Eighme against Albert Eighme and others. No opinion. Judgment affirmed, with costs.

ELLIS, Respondent, v. PARDEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Cora M. Ellis against Mary A. Pardee and another. No opinion. Judgment affirmed, with costs.

ELLIS v. PARDEE et al. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by Cora M. Ellis against Mary A. Pardee, individually, etc., and others.

PER CURIAM. Motion for stay of proceedings on appeal to the court of appeals granted to the following extent: Upon the administratrix giving the security required by section 1326 of the Code of Civil Procedure to perfect her appeal, the execution of the judgment, so far as the personal property is concerned, may be stayed pending the appeal; the administratrix in the meantime not to dispose of any part of the personal property, and the same to remain in the Rochester Savings Bank and the Genesee Falls Loan Association, where it is now on deposit, and a copy of this order to be served upon the Rochester Savings Bank and upon the Genesee Falls Loan Association.

In re ELLISON. (Supreme Court, Appellate Division, First Department. January 17, 1902.) In the matter of John E. Ellison. No opinion. Reference ordered.

EVERS, Appellant, v. NEW YORK, N. H. & H. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by John W. Evers against the New York, New Haven & Hartford Railway Company. T. P. Wickes, for appellant. H. W. Taft, for respondent. No opinion. Judgment affirmed, with costs.

EXNER, Respondent, v. O'GARA, Appellant. (Supreme Court, Appellate Term. October, 1901.) Action by Edmund Exner against Thomas O'Gara. James C. Quinn, for appellant. Charles W. Philipbar, for respondent.

FREEDMAN, P. J. No order denying a motion for a new trial having been entered